```
 1  KARL S. HALL
    Reno City Attorney
 2  JONATHAN D. SHIPMAN
    Deputy City Attorney
 3  Nevada State Bar #5778
 4  Post Office Box 1900
    Reno, NV 89505
 5  (775) 334-2050
    Email: shipmanj@reno.gov
 6  Attorneys for City of Reno
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREEN SOLUTIONS RECYCLING, LLC, | Case No.: 3:16-CV-0334-MMD-VPC |
| Plaintiff, | |
| vs. | |
| REFUSE, INC.; RENO DISPOSAL COMPANY, INC.; WASTE MANAGEMENT OF NEVADA, INC.; CITY OF RENO, and DOES 1-10, et al. | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEY

Defendant, City of Reno hereby substitutes:

> Jonathan D. Shipman
> Reno City Attorney's Office
> P.O. Box 1900
> Reno, Nevada  89505
> shipmanj@reno.gov

as attorney of record in place and stead of Matthew L. Jensen.

////

////

////

1  I am duly admitted to practice in this District.

2  Above substitution is accepted.

3  DATED this 21st day of May, 2018.

KARL S. HALL
Reno City Attorney

By: /s/ Jonathan D. Shipman
    Jonathan D. Shipman
    Assistant City Attorney

DATED: May 21, 2018

Approved:

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

\_\_\_\_\_  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

\_\_\_\_\_  Personal delivery.

__X__  CM/ECF electronic service

\_\_\_\_\_  Facsimile (FAX).

\_\_\_\_\_  Federal Express or other overnight delivery.

\_\_\_\_\_  Reno/Carson Messenger Service.

addressed as follows:

| | |
|---|---|
| John P. Sande IV, Esq.<br>J. Chase Whittemore, Esq.<br>ARGENTUM LAW<br>6121 Lakeside Drive, Suite 208<br>Reno, NV 89511<br>john@argentumnv.com<br>chase@argentumnv.com<br><br>*Counsel for Green Solutions Recycling* | Mark G. Simons, Esq.<br>SIMONS LAW<br>6490 So. McCarran Blvd. #20<br>Reno, NV 89509<br>mark@mgsimonslaw.com<br><br>*Counsel for Refuse Inc., Reno Disposal Co. and Waste Mangement of Nevada* |

DATED this 21st day of May, 2018.

/s/ Jill Zarker
Jill Zarker