JOHN P. SANDE, ESQ. (Nevada Bar No.: 9175)
J. CHASE WHITTEMORE, ESQ. (Nevada Bar No.: 14301)
WHITNEY DERRAH, ESQ. (Nevada Bar No.: 9763
**ARGENTUM LAW**
6121 Lakeside Dr., Suite 208
Reno, Nevada 89511
Telephone: (775) 473-5995
chase@argentumnv.com
*Attorneys for Green Solutions Recycling, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN SOLUTIONS RECYCLING, LLC<br><br>　　　　Plaintiff,<br>　　v s .<br><br>RENO DISPOSAL COMPANY, INC,; WASTE MANAGEMENT OF NEVADA, INC,; CITY OF RENO, and DOES 1-10; et al.<br><br>　　　　Defendants. | Case No.: 3:16-cv-00334 - MMD-CBC |

### **STIPULATION AND ORDER TO EXTEND**

### **(FIRST REQUEST)**

The Parties, by and through their undersigned counsel, hereby stipulate and agree to extend the time for Plaintiff's to file their response to the Defendant's Motion For Summary Judgment (ECF No. 105) which was filed with this Court on August 16, 2018 and Defendant's Motion for Summary Judgment (ECF No. 106) which was filed with this Court on August 16, 2018 as follows:

　　1.　　This is the parties' first request to extend the time to file a response to Defendants two (2) Motions For Summary Judgment.

　　2.　　The extension is requested given Plaintiff's counsel's current caseloads necessitate a brief extension of time in order to provide this Court with fully researched briefing;

1

3. That the current deadline to file Plaintiff's Opposition to the Defendant's Motion For Summary Judgment (ECF No. 105 and 106) shall be extended from September 6, 2018 to September 14, 2018.

4. Furthermore, all Defendants' deadline to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be extended to September 28, 2018.

DATED this 29th day of August 2018.

                        ARGENTUM LAW

                    By: */s/ J. Chase Whittemore*
                         J. Chase Whittemore, Esq.
                         *Attorneys for Green Solutions Recycling, LLC*

DATED this 29th day of August 2018.

                        SIMONS LAW
                        6490 So. McCarren Blvd., #20
                        Reno, Nevada 89509

                    By: */s/ Mark G. Simons*
                         Mark G. Simons, Esq.,
                         *Attorneys for Refuse Inc.; Reno Disposal Company, Inc. and Waste Management of Nevada, Inc.*

DATED this 29th day of August 2018.

                        Reno City Attorney's Office
                        1 East 1st Street, Floor 3,
                        Reno, Nevada 89501

                  By: */s/ William McKean*
                      William McKean, Esq.
                      Deputy City Attorney
                      *Attorney for City of Reno*

                                  IT IS SO ORDERED.

Dated: August 29, 2018

                                  U.S. District Judge